# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MELVENIA HOWIE, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ANDREW SAUL, | : | |
| Commissioner of Social Security, | : | |
| Defendant. | : | NO.   19-5344 |

## ORDER

AND NOW, on December 28, 2020, for the reasons stated in my accompanying Memorandum Opinion, it is ORDERED:

1. Plaintiff's Request for Review is GRANTED;

2. The matter is REMANDED to the Commissioner for reconsideration; and

3. The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

  /s/Timothy R. Rice  
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE
